UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES CASTELLUCCIO, | : | |
| | : | |
| Plaintiff, | : | NO. 3:09 CV 1145 (MRK) |
| | : | |
| v. | : | |
| | : | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | : | |
| | : | |
| Defendant. | : | |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

\_\_\_  All purposes except trial, unless the parties consent to trial before the magistrate judge

\_\_\_  A ruling on all pretrial motions except dispositive motions

\_\_\_  To supervise discovery and resolve discovery disputes

\_\_\_  A ruling on the following motions which are currently pending: Doc. #[\_\_]
_____

 X   A settlement conference. **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

\_\_\_  A conference to discuss the following: _____

\_\_\_\_  Other: _____

SO ORDERED this 23rd day of October, 2009, at New Haven, Connecticut.

/s/     Mark R. Kravitz
United States District Judge