Civil-Trial (3/7/2011)

HONORABLE: Smith

DEPUTY CLERK Sunbury          RPTR/ECRO/TAPE Allen

TOTAL TIME: __1__ hours __15__ minutes

DATE: 1/24/14    START TIME: 10:05    END TIME: 3:15

LUNCH RECESS    FROM: _____    TO: _____

RECESS (if more than ½ hr)    FROM: 11:05    TO: 2:50

CIVIL NO. 09cv1145TPS

James Castelluccio

vs

International Bus Machines Corp.

M. Carta
Plaintiff's Counsel

Z. Fasman
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

[✓] ......... Jury of __8__ reported. [ ] Jury sworn
[ ] ......... Juror # _____ excused.
[ ] ......... Jury Trial held [ ] Jury Trial continued until _____ at _____
[ ] ......... [ ] Court Trial begun [ ] Court Trial held [ ] Court Trial continued until _____
[ ] ......... Court Trial concluded [ ] DECISION RESERVED
[ ] ...#___ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] ...#___ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] ...#___ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] ...#___ Motion _____ [ ] granted [ ] denied [ ] advisement
           Oral Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] ...... Oral Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] ...... Oral Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] ...... Oral Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] ......                                              [ ] filed [ ] docketed
[ ] ......                                              [ ] filed [ ] docketed
[ ] ......                                              [ ] filed [ ] docketed
[ ] ......                                              [ ] filed [ ] docketed
[ ] ......                                              [ ] filed [ ] docketed
[ ] ......... Plaintiff(s) rests [ ] Defendant(s) rests
[ ] ......... Brief(s) due [ ] Pltf _____ [ ] Deft _____ [ ] Reply _____
[✓] ......... [ ] Summations held [✓] Court's Charge to the Jury
[✓] ......... All full exhibits, [✓] Verdict form, [✓] Interrogatories to the jury handed to jury
[✓] ......... Jury commences deliberations at __11:05__
[✓] ......... Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
[✓] ......... SEE page 2 for verdict
[ ] ......... COPY TO: JURY CLERK with daily juror attendance sign-in sheet

| | |
|---|---|
| ☐ ......... | Court declares MISTRIAL |
| ☒ ......... | Verdict Form filed |
| ☒ ......... | VERDICT: For Plaintiff, Back pay and Benefits $1,345,042.00 Retirement pay $345,150.36. Award back pay and benefits 999,891.70, Damages $500,000.00. |

| | |
|---|---|
| ☒ ......... | Court accepts verdict and orders verdict verified and recorded |
| ☒ ......... | Jury Polled |

## MISCELLANEOUS PROCEEDINGS