UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES CASTELLUCCIO,
    -Plaintiff

v.                                                     CIVIL NO. 3:09CV1145(TPS)

INTERNATIONAL BUSINESS
MACHINES CORPORATION,
    -Defendant

## VERDICT FORM

CLAIMS OF AGE DISCRIMINATION UNDER ADEA AND NYSHRL AGAINST
INTERNATIONAL BUSINESS MACHINES CORPORATION

    1.    Has Mr. Castelluccio proven by a preponderance of the evidence that IBM terminated his employment because of his age?

        Answer:  __✓__ Yes  _____ No

**If your answer to Question 1 is yes, please proceed to Question 2.**

**If your answer to Question 1 is no, proceed to the very end of this form (the foreperson signature block). You do not need to answer any additional questions.**

    2A.    What amount of back pay and benefits, if any, has Mr. Castelluccio proven he is entitled to by a preponderance of the evidence? This amount should be calculated through the date that you find Mr. Castelluccio likely would have retired.

        Amount: $ __1,345,042 ± tax liability__

    2B.    What amount of retirement pay and/or benefits has the plaintiff received, that he would not have received, had he remained employed at IBM?

        Amount: $ __345,150.36__

    2C.    Subtracting the amount you have written in 2B from 2A, what is your award of back pay and benefits?

        Amount: $ __999,891.70 + tax liability__

**Please proceed to Question 3.**

3.  Has IBM proven by a preponderance of the evidence that, after Mr. Castelluccio was terminated by IBM, he made no reasonable efforts to seek employment?

    Answer: _____ Yes __X__ No

If your answer to question 3 is yes, proceed to question 5.

If your answer to question 3 is no, proceed to question 4.

4. Has IBM proven by a preponderance of the evidence that after Mr. Castelluccio was terminated by IBM, suitable work existed for Mr. Castelluccio?

    Answer: __X__ Yes _____ No

**If your answer to Question 4 is yes, proceed to question 5**
**If you answer to Question 4 is no, proceed to question 6.**

5.  What amount, if any, has IBM proven by a preponderance of the evidence should be deducted from the amount of back pay and benefits owed to Mr. Castelluccio as a result of his failure to use reasonable efforts to seek employment?

    Amount: $____0____

**Please proceed to Question 6.**

6.  Has Mr. Castelluccio proven by a preponderance of the evidence that: (1) he suffered emotional distress; and (2) such distress was caused by IBM's conduct?

    Answer: __✓__ Yes _____ No

**If your answer to Question 6 is yes, proceed to question 7.**
**If you answer to Question 6 is no, proceed to question 8.**

7.  What amount of damages, if any, would fairly compensate Mr. Castelluccio for the emotional distress he suffered as a result of IBM's conduct?

Amount: $ 500,000

**Please proceed to Question 8.**

8.  Has Mr. Castelluccio proven by a preponderance of the evidence that IBM knew or showed reckless disregard for whether its termination of Mr. Castelluccio constituted age discrimination?

Answer: ✓ Yes ____ No

YOUR DELIBERATIONS ARE COMPLETE.  PLEASE SIGN AND DATE THIS VERDICT FORM, AND DELIVER IT TO THE MARSHAL.

_____          1/24/14
Foreperson                       Date

* Foreperson should fill in the date and sign in ink.