UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES CASTELLUCCIO          :

    v.                                   :          CASE NO. 3:09CV1145(TPS)

INTERNATIONAL BUSINESS      :
MACHINES CORPORATION

JUDGMENT

    This action came before the court for a trial by jury before the Honorable Thomas P. Smith, United States Magistrate Judge presiding, and the issues having been duly tried and the jury having rendered its verdict in favor of the plaintiff and against the defendant, it is hereby

    ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the plaintiff James Castelluccio in the amount of $999,891.64 for back pay and benefits, plus $999,891.64 for the jury's finding that the defendant willfully violated the law, plus $500,000.00 for emotional distress damages, for a total award of $2,499,783.28, plus statutory interest from the date the judgment is entered.

    Dated at Hartford, Connecticut, this 28th day of January, 2014.

                                  ROBIN D. TABORA, Clerk
                                  United States District Court


                                By   /s/BS
                                    Barbara Sunbury
                                    Deputy Clerk

EOD   1/28/14