UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES CASTELLUCCIO, | : | CIVIL ACTION |
| | : | NO. 3:09 CV 1145 (TPS) |
| Plaintiff | : | |
| vs | : | |
| | : | |
| INTERNATIONAL BUSINESS | : | |
| MACHINES CORPORATION, | : | |
| | : | |
| Defendant. | : | FEBRUARY 11, 2014 |

MOTION FOR ATTORNEYS'
FEES, COSTS, PREJUDGMENT INTEREST,
AND COMPENSATION FOR INCREASED TAX LIABILITY

Pursuant to Fed. R. Civ. P. 54(d)(2), 29 U.S.C. § 626(b), and Local Rule 54(c) of the Local Rules of Civil Procedure for the District of Connecticut, the Plaintiff James Castelluccio ("Mr. Castelluccio") hereby moves for an enlargement of the Judgment entered by this Court in the above-referenced action, to include an award of: (1) reasonable attorneys' fees as sought in paragraph (i) of the Prayer for Relief in Mr. Castelluccio's Complaint *(Doc. #1)* ("Complaint"); (2) costs as sought in paragraph (i) of the Prayer for Relief in the Complaint; (3) prejudgment interest, as sought in paragraph (d) of the Prayer for Relief in the Complaint; and (4) compensation for increased tax liability as sought in paragraph (g) of the Prayer for Relief in the Complaint.

ORAL ARGUMENT REQUESTED

In support of this Motion, Mr. Castelluccio represents as follows:

1. On January 28, 2014, Judgment entered in favor of Mr. Castelluccio against defendant International Business Machines Corporation ("IBM") upon the jury's verdict *(Doc. #195)* finding IBM liable for violations of the Age Discrimination in Employment Act ("ADEA") and New York State Human Rights Law ("NYSHRL") ("Judgment").

2. After nine days of trial, the jury awarded Mr. Castelluccio $999,891.64 for back pay and benefits, plus $999,891.64 for IBM's willful violation of the ADEA, plus $500,000 for emotional distress damages under the NYSHRL, for a total award of $2,499,783.28 plus interest.

3. An affidavit of Mark R. Carta, Esq. ("Carta Affidavit") is submitted herewith detailing the legal representation provided to Mr. Castelluccio from 2008 through the conclusion of trial in 2014.

4. Attached to the Carta Affidavit are the following exhibits:

(a) A Retainer Agreement between Mr. Castelluccio and the law firm of Rucci, Burnham, Carta and Carello, LLP ("Rucci Burnham") – Exhibit 1;

(b) A Retainer Agreement between Mr. Castelluccio and the law firm of Carta, McAlister and Moore, LLC ("CMM") – Exhibit 2;

(c) Billing statements submitted to Mr. Castelluccio by Rucci Burnham- Exhibit 3;

(d)     Billing statements submitted to Mr. Castelluccio by CMM- Exhibit 4;

(e)     A Verified Bill of Costs with supporting documents - Exhibit 5;

(f)     A calculation of prejudgment interest performed by economist Dr. Gary Crakes - Exhibit 6; and

(g)     A calculation of the increased tax liability Mr. Castelluccio will incur as a result of receiving his back pay as a lump sum, performed by Dr. Gary Crakes - Exhibit 7.

5.      A Memorandum of Law setting forth the authority for Mr. Castelluccio's recovery of the amounts sought is also submitted herewith.

6.      Affidavits of Attorneys Scott Lucas and David Shaw attesting to the reasonableness of the rates paid by Mr. Castelluccio are also submitted in support of this Motion.  The Lucas and Shaw affidavits are attached to Mr. Castelluccio's Memorandum of Law as Exhibits 1 and 2, respectively.

WHEREFORE, the plaintiff James Castelluccio respectfully requests that the Court enlarge the Judgment in this action by:  reasonable attorneys' fees in the amount of $898,232; costs in the amount of $41,771.45; prejudgment interest in the amount of $13,236; and an award to compensate for tax liability in the amount of $209,488; for a total additional sum of $1,162,727.45.  Mr. Castelluccio requests that this amount be added to the existing Judgment in the amount of $2,499,783.28 for a total judgment of

$3,662,510.73. Finally, post judgment interest should be added in accordance with the Judgment *(Doc. #195)*.

                    THE PLAINTIFF
                    JAMES CASTELLUCCIO


BY:           /S/(ct06645)
                    MARK R. CARTA(ct06645)
                    MARGARET A. TRIOLO (ct08618)
                    Carta, McAlister & Moore, LLC
                    1120 Post Road, Post Office Box 83
                    Darien, Connecticut 06820
                    (203) 202-3100 (phone) - (203) 202-3102 (facsimile)
                    Mark@CMM-Law.com
                    Margaret@CMM-Law.com

CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2014, a copy of the foregoing Motion for Attorneys' Fees, Costs, Prejudgment Interest, and Compensation For Increased Tax Liability was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                THE PLAINTIFF
                JAMES CASTELLUCCIO

BY:        /S/(ct06645)
                MARK R. CARTA (ct06645)
                Carta, McAlister & Moore, LLC
                1120 Post Road, Post Office Box 83
                Darien, Connecticut 06820
                (203) 202-3100 (phone) - (203) 202-3102 (facsimile)
                Mark@CMM-Law.com